UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 23-2036 JGB (SHKx) | Date | May 30, 2024 |
| Title | *Donald Ray Shapiro v. Specialized Loan Servicing LLC* | | |

Present: The Honorable **JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE**

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):

None Present      None Present

**Proceedings:** Order to Show Cause for Failure to Timely File Joint Rule 26(f) Report and CONTINUING June 3, 2024 Scheduling Conference (IN CHAMBERS)

On April 24, 2024, the Court entered an order setting a scheduling conference for June 3, 2024, and ordering the parties to file a Joint Rule 26(f) Report no later than 14 days before that date. (Dkt. No. 17.) To date, the parties have yet to file a Joint Report. Accordingly, the Court **ORDERS** the parties to file a Joint Report no later than **Monday, June 10, 2024** and **CONTINUES** the scheduling conference to **Monday, June 17, 2024**. Failure to file a Joint Report by June 10, 2024 may result in the imposition of sanctions.

**IT IS SO ORDERED.**