JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Donald Ray Shapiro,<br><br>Plaintiff,<br><br>vs.<br><br>Specialized Loan Servicing, LLC,<br><br>Defendant. | Case **5:23-cv-02036-JGB-SHK**<br><br>*Honorable Jesus G. Bernal*<br><br>**JUDGMENT** |

## **JUDGMENT**

Pursuant to the Court's Order entered substantially contemporaneously, and after considering the papers filed in support of and in opposition to Defendant's Motion for Summary Judgment, and good cause appearing, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Summary Judgment is **GRANTED**.
2. Plaintiff's First Amended Complaint is **DISMISSED WITH PREJUDICE**.
3. Judgment is **ENTERED** in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: July 31, 2025

_____
Honorable Jesus G. Bernal
United States District Judge